IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIAM B. SPRINKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. CV 04-4116-JPG |
| | ) | |
| LOWE'S HOME CENTERS, INC., a | ) | |
| Division of Lowe's Companies, Inc., a | ) | |
| North Carolina corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   November 8, 2006

NORBERT JAWORSKI, CLERK

**by:s/Deborah Agans**
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
          **U. S. DISTRICT JUDGE**